**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1299**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

WILLIAM L. OSTEEN,

Defendant - Appellee.

---

**No. 01-1300**

---

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

WILLIAM L. OSTEEN,

Defendant - Appellee.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (MISC-01-16-1, MISC-01-17-1)

---

Submitted:  April 20, 2001          Decided:  May 4, 2001

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

No. 01-1299 dismissed and No. 01-1300 affirmed by unpublished per curiam opinion.

Arthur O. Armstrong, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders denying his motions for leave to file complaints. We have reviewed the records and find no error. Accordingly, in No. 01-1299, we deny Armstrong's motion for leave to proceed on appeal in forma pauperis and dismiss the appeal as frivolous. In No. 01-1300, we affirm the district court order on the reasoning of the district court. See Armstrong v. Osteen, No. MISC-01-17-1 (M.D.N.C. filed Jan. 25, 2001; entered Jan. 26, 2001). We deny Armstrong's motions for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 01-1299 – DISMISSED
No. 01-1300 – AFFIRMED